IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIK JASON MARTINEZ,

        Plaintiff,                          No. CIV S-11-3465 JAM DAD P

    vs.

STEVE LAMBERT,

        Defendants.               ORDER

_____/

        Plaintiff is a former county inmate proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has not filed an application to proceed in forma pauperis under 28 U.S.C. § 1915.

        Ordinarily, a prisoner-plaintiff is permitted to file a civil action in federal court without prepayment of fees if he alleges in an affidavit that he is unable to pay such fees. See 28 U.S.C. § 1915(a). However, here, plaintiff has informed the court by way of a notice of change of address that he is no longer incarcerated. For the court to assess whether plaintiff is entitled to proceed in forma pauperis, he must apply to proceed in forma pauperis under the general provisions of 28 U.S.C. § 1915(a)(1). Accordingly, the court will provide plaintiff with an opportunity to submit a non-prisoner affidavit in support of his request to proceed in forma pauperis or the required filing fee ($350.00).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, plaintiff shall submit a non-prisoner affidavit in support of his request to proceed in forma pauperis or the required filing fee ($350.00). Plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

2. The Clerk of the Court is directed to send plaintiff a copy of the non-prisoner in forma pauperis form used by this district.

DATED: March 8, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mart3465.ifp