IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIK JASON MARTINEZ,

      Plaintiff,                          No. CIV S-11-3465 JAM DAD P

      vs.

STEVE LAMBERT,

      Defendants.                  <u>ORDER</u>

_____/

      Plaintiff is a former county inmate proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. In accordance with the court's March 9, 2012 order, plaintiff has filed an application to proceed in forma pauperis by a non-prisoner. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 302 and 28 U.S.C. § 636(b)(1).

      Plaintiff has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

      Before the court had an opportunity to screen plaintiff's original complaint he filed a motion to amend, seeking sixty days leave of court to file an amended complaint. Plaintiff also requests that the court provide him with a courtesy copy of his original complaint. Under

the circumstances of this case, the court will grant plaintiff's motion for leave to amend and direct him to file his amended complaint within sixty days. See Fed. R. Civ. P. 15 ("The court should freely give leave [to amend] when justice so requires."). In addition, in the interest of justice, the court will direct the Clerk of the Court to provide plaintiff with a courtesy copy of his original complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis (Doc. No. 10) is granted.

2. Plaintiff's motion to amend (Doc. No. 7) is granted;

3. Plaintiff shall file an amended complaint within sixty days of the date of service of this order. Failure to comply with the court's order or seek an extension of time to do so will result in a recommendation for dismissal of this action; and

4. The Clerk of the Court is directed to send plaintiff a courtesy copy of his original complaint (Doc. No. 1).

DATED: March 27, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mart3465.mta